```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

MONICA REGAN CAGE           §
                            §
VS.                         §   CIVIL ACTION NO. 4:12-CV-440-Y
                            §
ESC IV, LP                  §

## FINAL JUDGMENT

In accordance with the Court's order entered this same day and Federal Rule of Civil Procedure 41, all claims in the above-styled and -numbered cause are DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

SIGNED August 6, 2013.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE